# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 14th day of November, two thousand twenty-three.

Before:  Debra Ann Livingston,
      *Chief Judge*,
     Beth Robinson,
     Maria Araújo Kahn,
      *Circuit Judges*.

_____

Jonathan Krasner,

    Plaintiff - Appellee,

v.

Cedar Realty Trust, Inc, Bruce J. Schanzer, Gregg A. Gonsalves, Abraham Eisenstat, Steven G. Rogers, Sabrina L. Kanner, Darcy D. Morris, Richard H. Ross, Sharon Stern, Wheeler Real Estate Investment Trust, Inc,

    Defendants - Appellants.

_____

**JUDGMENT**

Docket No. 23-1262

The appeal in the above captioned case from an order of the United States District Court for the Eastern District of New York was argued on the district court's record and the parties' briefs.

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the appeal is DISMISSED for lack of federal jurisdiction.

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court